AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America<br>v.<br>SALVATORE MONARCA<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  3:24CR104 (JAM) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/13/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

David T. Grudberg
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Jeffrey Alker Meyer, USDJ
*Judge's printed name and title*